UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDELL CECIL GILES, SR.,

        Plaintiff,

v.                                      Case No. 6:06-cv-91-Orl-19KRS

VOLUSIA COUNTY BRANCH JAIL, TRINITY
SERVICE GROUP, CHENEY BROTHERS INC.,

        Defendants.

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR REHEARING (Doc. No. 9)** |
| **FILED:** | **March 13, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Plaintiff has failed to demonstrate any basis for reconsideration of the Court's Order of February 16, 2006 (Doc. No. 8).

**DONE AND ORDERED** in Chambers at Orlando, Florida this ___30th_____ day of March, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 3/30
Cecil Giles, Sr.